FOR THE SECOND CIRCUIT
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

# ITEMIZED AND VERIFIED BILL OF COSTS

Inre: All-Type Print

v.                                    Docket No. 03-5003

Ralph & Shirley Fusco

    Counsel for the defendants, Ralph & Shirley Fusco, (Appellees) respectfully submits, pursuant to Rule 39 (c) of the Federal Rules Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Appellant and in favor of the Appellees Ralph & Shirley Fusco for insertion in the mandate.

Docketing Action

Costs of printing appendix (necessary copies _____ )  _____

Costs of printing brief (necessary copies  10  )  $42.32

Costs of printing reply brief (necessary copies _____ )  _____

(VERIFICATION HERE)

                                 (Signature)
                              D. Kirt Westfall, Counsel for the
                              Appellees
                              Westfall & Behrens
                              59 Elm Street
                              New Haven, CT  06510
                              (203) 772-0910
                              fax (203) 772-0932
                              ct 04533

                              itembcost_frm

Receipt:
07-08-23
5% 04-27
0% 39.92
1   2.40 TX
42.32 ◊
42.32 CA
*01.112

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: DEC - 4 2003

STATEMENT OF COSTS
Taxed in the amount of $42.32
Appellees Ralph & Shirley Fusco
in favor of
FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
Arthur M. Helter, Motions Staff Attorney

Date DEC - 4 2003

FILED
UNITED STATES COURT OF APPEALS
DEC 4 2003
Roseann B. MacKechnie
SECOND CIRCUIT

## CERTIFICATION OF SERVICE

This is to certify that a copy of the Itemized and Verified Bill of Costs for In re: All-Type Print v. Ralph & Shirley Fusco, Docket No. 03-5003 was sent Via United States mail, first class, postage prepaid, on November 26, 2003 to:

James A. Lenes, Esquire
Neubert, Pepe & Monteith, P.C.
195 Church Street
13th Floor
New Haven, CT 06510-2026

This is to further certify that the original and one copy of the Itemized and Verified Bill of Costs for In re: All-Type Print v. Ralph & Shirley Fusco, Docket No. 03-5003 was faxed and mailed to the Clerk for filing, via first class mail and via Facsimile number (212) 857-8547 on November 26, 2003.

By: _____
D. Kirt Westfall   (ct 04533)
Westfall & Behrens
59 Elm Street
New Haven, CT 06510
(203) 772-0910
fax (203) 772-0932

# WESTFALL & BEHRENS
Attorneys-At-Law
Members of the bar of Connecticut

59 ELM STREET
NEW HAVEN, CT 06510
(203) 772-0910
FAX: (203) 772-0932

D. KIRT WESTFALL
THERESA A. BEHRENS

## FACSIMILE MESSAGE

| | | | |
|---|---|---|---|
| **To:** | Michael Adragna | **From:** | D. Kirt Westfall |
| **Company:** | Deputy Clerk, USCA | **Date:** | November 26, 2003 |
| | | **Time:** | 1:30 p.m. |
| **FAX No.:** | (212) 857-8547 | **No. of Pages** | |
| **Tel No.:** | (212) 857-8544 | (including cover): | 3 |

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient of this facsimile, or the agent responsible for delivery, be aware that any disclosure, copying, distribution or use of the contents is prohibited. If you received this facsimile in error, please immediately notify us by telephone so we can arrange for its retrieval.

**RE:** Inre: All-Type Print
Docket No.: 03-5003

**Memo:** Mr. Adragna

Pursuant to your letter regarding the Itemized and Verified Bill of Costs, I am faxing herewith that document with the printer's receipt and the Certification of Service in order to meet the 14-day deadline. The original and one copy is in the mail.

If you have any questions, comments or concerns, please call my office at (203) 772-0910. Thank you for your assistance with this matter.

Have a Happy and Safe Thanksgiving Holiday.

Theresa A. Behrens
For D. Kirt Westfall